IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:15-CR-27-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RANDY TED CHAVEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon motion of the defendant made in open court on December 2, 2015, and for good cause shown, the Court hereby ORDERS that the arraignment and trial of defendant shall be continued until the March 2015, term of court.

The Court finds that the ends of justice served by this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore any delay caused by this continuance shall be excluded pursuant to 18 U.S.C. 3161(h).

SO ORDERED, this __3__ day of December, 2015.

*[signature]*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE